*KSC: 03.10.25*
AK: USAO#2024R00507

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. GLR-24-265 |
| | * | |
| SCOTT ALAN JONES, JR., | * | (Possession with the Intent to Distribute Controlled Substances, 21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(C)). |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | ****** | |

USDC- BALTIMORE
'25 JUL 17 AM 10:34

## SUPERSEDING INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On or about September 4, 2024, in the District of Maryland, the defendant,

**SCOTT ALAN JONES, JR.**,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 28 U.S.C. § 2461(c), and 21 U.S.C. § 853, in the event of the defendant's conviction(s).

### Narcotics Forfeiture

2. Pursuant to 21 U.S.C. § 853(a), upon conviction of any offense(s) in violation of the Controlled Substances Act, as alleged in Count One, the defendant shall forfeit to the United States:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s); and

   b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense(s).

### Firearms and Ammunition Forfeiture

3. Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of any offense(s) alleged in Count Two, the defendant convicted of such offense shall forfeit to the United States any firearms and ammunition involved in those offense(s).

### Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to, the following:

   a. approximately $56,724 in U.S. currency seized during the execution of a search warrant at 118 South Prospect Avenue, Catonsville, Maryland on or about September 4, 2024;

   b. a Sig Sauer P365X 9mm pistol, bearing serial number 66G350938;

   c. a Glock 45 9mm pistol, bearing serial number AKDB850;

   d. an FN 57 5.7x28mm pistol, bearing serial number 386465995;

   e. a Glock 43x 9mm pistol, bearing serial number BXHY530;

   f. a Glock 33 .357 caliber pistol, bearing serial number CCFH079;

g. a Smith & Wesson M/P 15 rifle, bearing serial number TV25306;

h. an American Tactical MB3-R Shotgun, bearing serial number 0518230101091511;

i. a Romarm/CUGIR Mini Draco pistol, bearing serial number ROA22PG8457;

j. a Glock 19X 9mm pistol, bearing serial number CBF5755;

k. a Springfield Armory Hellcat 9mm pistol, bearing serial number BB287814;

l. a Glock 42 .380 caliber pistol, bearing serial number AHCG230;

m. a Glock 23 40 caliber pistol, bearing serial number BSLZ360;

n. an FN 510 10mm pistol, bearing serial number BBP0022241;

o. a Canik TT1 Combat 9mm pistol, bearing serial number 24CZ12987;

p. a Glock 30S .45 caliber pistol, bearing serial number CCPG857;

q. a Canik METE MC9 9mm pistol, bearing serial number 23CT44927;

r. a Glock 27 .40 caliber pistol, bearing serial number BXSM370; and

s. assorted bulk ammunition seized during the execution of a search warrant at 118 South Prospect Avenue, Catonsville, Maryland on or about September 4, 2024.

21 U.S.C. § 853
28 U.S.C. § 2461(c)

_Kelly O. Hayes /ay./_
Kelly O. Hayes
United States Attorney

_____
Date